UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 07 B 19696
    TONEY LEORA
    SHERICE K LEORA                      CHAPTER 13

                                        JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-6948    SSN XXX-XX-5929
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/23/07 .

    2.  The case was dismissed without confirmation, 02/15/2008.

    3.  The Debtor paid a total of $   955.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CITIFINANCIAL MORTGAGE | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | 899.61 |
| HEAVNER HANDEGAN & SCOTT | SECURED | .00 | .00 | .00 |
| ERYN MCCORMACK | CHILD SUPPORT | NOT FILED | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HARLEY DAVIDSON | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JB ROBINSON | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIGESTIVE DISEAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ORTHOSPORT | UNSECURED | NOT FILED | .00 | .00 |

```
PROGRESSIVE INSURANCE CO  UNSECURED      NOT FILED              .00             .00
SHORT TERM LOAN LLC       UNSECURED      NOT FILED              .00             .00
SILVER CROSS HOSPITAL     UNSECURED      NOT FILED              .00             .00
T MOBILE USA              UNSECURED      NOT FILED              .00             .00
COLLECTION BUR ORLANDO    UNSECURED      NOT FILED              .00             .00
YATIN SHAH                UNSECURED      NOT FILED              .00             .00
            Summary of disbursements:
-------------------------------------------------------------------------------

                   SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------

TOTAL CLMS ALLOWED         .00          .00          .00          .00          .00
PRINCIPAL PAID          899.61          .00          .00          .00       899.61
INTEREST PAID              .00          .00          .00          .00          .00
TOTAL PAID              899.61          .00          .00          .00       899.61
The Debtor's attorney, LEGAL HELPERS PC           , was allowed $    3000.00
and was paid $    723.50  direct and $       .00  through the plan.

The Trustee received $     55.39 .

Refunds to the Debtor totaled $       .00 .
```

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


```
  Dated: 05/20/08              /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```